UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHANE MICHAEL STUDIER,

        Plaintiff(s),                        Case No. 17-10550

v.                                      Judge Linda V. Parker

WILLIE SMITH                     Magistrate Judge Patricia T. Morris

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __6-7__, filed __March 31, 2020__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [✓] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Richard Loury__ at __(313) 234-5524__.

DAVID J. WEAVER, CLERK OF COURT

Dated: __March 31, 2020__          __s/Richard Loury__
                                          Deputy Clerk